IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 20-cr-30004-SMY |
| | ) |
| TIMOTHY BLASSINGAME, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**YANDLE, Chief District Judge:**

Defendant Timothy Blassingame was sentenced on August 18, 2020, to total term of 168 months and 1 day for interference with commerce by robbery (Counts 1, 2, and 4) and carry and use of a firearm during a crime of violence (Counts 3 and 5) (Docs. 28, 30). Blassingame is currently housed at Lewisburg FCI and his projected release date is December 17, 2036. Now pending before the Court is Blassingame's motion to reduce sentence (Doc. 45) and motion to appoint counsel to assist him in his sentence reduction (Doc. 46). Blassingame seeks reduction based on "a recent Supreme Court decision concerning persons under the age of 25 when their crimes were committed."

Once a district court enters final judgment, it lacks jurisdiction to hear related issues except to the extent authorized by statute or rule. *See Carlisle v. United States*, 517 U.S. 416 (1996). Here, Blassingame does not cite any case law or statute that would permit the Court to consider his motion in this closed case. To the extent he seeks relief from his sentence by challenging its validity, that is an issue reserved for collateral attack under 28 U.S.C. § 2255. A petition under 28 U.S.C. § 2255 is "the exclusive remedy" for a federal prisoner raising a direct challenge to the validity of his sentence. *Atehortua v. Kindt,* 951 F.2d 126, 129 (7th Cir.1991); *see also United*

*States v. Carraway*, 478 F.3d 845, 848 (7th Cir. 2007) ("any post-judgment motion in a criminal proceeding that fits the description of a motion to vacate, set aside, or correct a sentence set forth in the first paragraph of section 2255 should be treated as a section 2255 motion").

Accordingly, the motions are **DENIED**.

**IT IS SO ORDERED.**

DATED:  **February 19, 2026**

**STACI M. YANDLE**
**Chief United States District Judge**